IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARK TRUJILLO,**

    Petitioner,

v.                                                                                No. 20-cv-0359 JB-SMV

**STATE OF NEW MEXICO,**

    Respondent.

### ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte* in connection with Petitioner's Motion to Reconsider State Pretrial Detention. [Doc. 1]. Petitioner filed the Motion while detained at the Curry County Detention Center ("CCDC") in Clovis, New Mexico. The CCDC inmate locator website reflects Petitioner is no longer in custody, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* http://lookup.curryjail.com:8282/.

    Accordingly, **IT IS ORDERED** that, no later than **May 9, 2022**, Petitioner shall notify the Clerk of Court in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply will result in dismissal of this matter without further notice.

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**